UNITED STATES DISTRICT COURT
District of Maine

Kira Nicole Todd,  )
       Plaintiff )
v. ) No. 1:18-cv-00302-GZS
State of Maine, )
       Defendant )

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 18, 2019, his Recommended Decision (ECF No. 8). Plaintiff filed her Objection to the Recommended Decision (ECF No. 10) on January 31, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 3) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B) because it seeks

relief from a defendant or defendants who are immune from such relief and otherwise fails to state a claim as to which relief can be granted.

/s/George Z. Singal
U.S. District Judge

Dated this 4th day of February, 2019.